```
                                          FILED
                                        AUG 2 4 2007
                               CLERK, U.S. DISTRICT COURT
                               SOUTHERN DISTRICT OF CALIFORNIA
                               BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR1408-WQH |
| Plaintiff, | |
| v. | PROTECTIVE ORDER |
| ANDRES CHAVEZ-CHAVEZ (1),<br>DAVID CHAVEZ-CHAVEZ(2),<br>JOEL CHAVEZ-CHAVEZ(3),<br>PATRICIA MENDEZ-LOPEZ (4),<br>MIGUEL SANDOVAL-VALENCIA (6),<br>    aka Miguel Angel Manriquez,<br>LUIS SANDOVAL-VALENCIA (7),<br>    aka Alberto Zantana-Garcia,<br>CARLOS PEREZ (8),<br>RICARDO MADRIGAL (9),<br>ISMAEL PENA (10),<br>TERESA HERMOSILLO (11),<br>RUBY ARELLANO (12),<br>ROSA ARELLANO (13),<br>RUBEN HERNANDEZ-ROMERO (14),<br>    aka Efren Torres,<br>SALVADOR OJEDA-AMARILLAS (15),<br>GERARDO CASANOVA (16),<br>JOAQUIN BUCIO-RODRIGUEZ (17)<br>    aka Arturo Ramirez-Hernandez,<br>SALVADOR CHAVEZ-CHAVEZ (18),<br>JULIO LUA-CHAVEZ (19)<br>    aka Miguel Lua-Chavez,<br>Defendants. | |

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure pertaining to pretrial discovery, and to prevent premature and unwarranted disclosure of evidence to potential targets, subjects, witnesses, and unrelated third parties,

IT IS HEREBY ORDERED that the defendants, their counsel of record, and their assistants, as hereafter defined, shall not disclose the substance of any discovery material received from the Government in the above-captioned matter, including all wiretap documents, to any third party, unless such material is already a matter of public record, without prior approval of this Court;

IT IS FURTHER ORDERED that the United States Attorney and the Assistant United States Attorneys assigned to this case (hereafter collectively referred to as "the Government") and their assistants, the defendants, their counsel and their assistants, shall not disclose the substance of any discovery material produced to the defendants or obtained by the Government from the defendants, unless such material is already a matter of public record, to representatives of the media or other third parties not involved in any way in the investigation or prosecution of the case;

Except that nothing contained herein shall prevent the Government, or any defendant or their counsel, from disclosing such discovery material to any other attorneys working for the Government, the defendants or their counsel, government agents (federal, state or local), private investigators, experts, secretaries, law clerks, paralegals, or any other person who is working for the Government or the defendants and their counsel (collectively referred to as "assistants") in the investigation or preparation of this case or, with respect to the Government and its assistants only, in other criminal investigations, without prior court order;

Further, nothing contained herein shall preclude the Government, defendants or their counsel, or their respective assistants from conducting an investigation of the facts of this case on behalf of the Government or said defendants, or with respect to the Government and its assistants only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by said discovery materials, or from taking statements from witnesses disclosed by said discovery materials, or from asking said witnesses if they themselves have made prior statements to the Government that are disclosed in the discovery materials, and about the contents of such statements. In connection with any such investigation, it shall not be necessary that the Government, the defendants or their counsel, or their respective assistants, obtain prior permission of this Court.

|   |   |
|---|---|
| 1 | Should counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the Government within ten (10) days. |
| 2 | |
| 3 | Defense counsel and the Government shall be required to communicate the substance of this order and explain it to their clients and assistants before disclosing the substance of the discovery to their clients or assistants. |

SO ORDERED.

DATED: 8/24/07

HONORABLE WILLIAM Q. HAYES
United States District Judge

1 | I hereby consent to the entry of the attached protective order in Criminal Case No.
2 | 07CR1408-WQH.

4 | DATED: August 23, 2007 | /S/ MICHAEL J. CROWLEY
5 | | MICHAEL J. CROWLEY
  | | Assistant United States Attorney

6 | DATED: August 23, 2007 | /S/ TIMOTHY F. SALEL
7 | | TIMOTHY F. SALEL
  | | Assistant United States Attorney

8 | DATED: August 23, 2007 | /S/ RUSSELL SHERIDAN BABCOCK
9 | | RUSSELL SHERIDAN BABCOCK
  | | Attorney for Andres Chavez-Chavez (1)

10 | DATED: August 23, 2007 | /S/GREGORY D. OBENAUER
11 | | GREGORY D. OBENAUER
   | | Attorney for David Chavez-Chavez (2)

12 | DATED: August 23, 2007 | /S/ STEPHEN W. PETERSON
13 | | STEPHEN W. PETERSON
   | | Attorney for Joel Chavez-Chavez (3)

14 | DATED: August 23, 2007 | /S/ MICHAEL L. CROWLEY
15 | | MICHAEL L. CROWLEY
   | | Attorney for Patricia Mendez-Lopez (4)

16 | DATED: August 23, 2007 | /S/ MARY A. FRANKLIN
17 | | MARY A. FRANKLIN
   | | Attorney for Miguel Sandoval-Valencia (6)

18 | DATED: August 23, 2007 | /S/ MAHIR T. SHERIF
19 | | MAHIR T. SHERIF
   | | Attorney for Luis Sandoval-Valencia (7)

20 | DATED: August 23, 2007 | /S/ MARC X. CARLOS
21 | | MARC X. CARLOS
   | | Attorney for Carlos Perez (8)

22 | DATED: August 23, 2007 | /S/ JAN E. RONIS
23 | | JAN E. RONIS
   | | Attorney for Ricardo Madrigal (9)

24 | DATED: August 23, 2007 | /S/ HOWARD B. FRANK
25 | | HOWARD B. FRANK
   | | Attorney for Ismael Pena (10)

26 | DATED: August 23, 2007 | /S/ BARBARA M. DONOVAN
27 | | BARBARA M. DONOVAN
   | | Attorney for Teresa Hermosillo (11)

28

| | | |
|---|---|---|
| 1 | DATED: August 23, 2007 | /S/ DONOVAN J. DUNNION |
| 2 | | DONOVAN J. DUNNION<br>Attorney for Ruby Arellano (12) and<br>Rosa Arellano (13) |
| 3 | | |
| 4 | DATED: August 23, 2007 | /S/ PAUL D. TURNER |
| 5 | | PAUL D. TURNER<br>Attorney for Ruben Hernandez-Romero (14) |
| 6 | DATED: August 23, 2007 | /S/ DEBRA TORRES-REYES |
| 7 | | DEBRA TORRES-REYES<br>Attorney for Salvador Ojeda-Amarillas (15) |
| 8 | DATED: August 23, 2007 | /S/ ROBERT E. SCHROTH, SR. |
| 9 | | ROBERT E. SCHROTH, SR.<br>Attorney for Gerardo Casanova (16) |
| 10 | DATED: August 23, 2007 | /S/ ELIZABETH A. MISSAKIAN |
| 11 | | ELIZABETH A. MISSAKIAN<br>Attorney for Joaquin Bucio-Rodriguez (17) |
| 12 | DATED: August 23, 2007 | /S/ JOHN C. LEMON |
| 13 | | JOHN C. LEMON<br>Attorney for Salvador Chavez-Chavez (18) |
| 14 | DATED: August 23, 2007 | /S/ ADAM M. RUBEN |
| 15 | | ADAM M. RUBEN<br>Attorney for Julio Lua-Chavez (19) |