FILED

AUG 2 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDRES CHAVEZ-CHAVEZ (1),<br>DAVID CHAVEZ-CHAVEZ(2),<br>JOEL CHAVEZ-CHAVEZ(3),<br>PATRICIA MENDEZ-LOPEZ (4),<br>MIGUEL SANDOVAL-VALENCIA (6),<br>　　　aka Miguel Angel Manriquez,<br>LUIS SANDOVAL-VALENCIA (7),<br>　　　aka Alberto Zantana-Garcia,<br>CARLOS PEREZ (8),<br>RICARDO MADRIGAL (9),<br>ISMAEL PENA (10),<br>TERESA HERMOSILLO (11),<br>RUBY ARELLANO (12),<br>ROSA ARELLANO (13),<br>RUBEN HERNANDEZ-ROMERO (14),<br>　　　aka Efren Torres,<br>SALVADOR OJEDA-AMARILLAS (15),<br>GERARDO CASANOVA (16),<br>JOAQUIN BUCIO-RODRIGUEZ (17)<br>　　　aka Arturo Ramirez-Hernandez,<br>SALVADOR CHAVEZ-CHAVEZ (18),<br>JULIO LUA-CHAVEZ (19)<br>　　　aka Miguel Lua-Chavez,<br><br>　　　　Defendants. | Criminal Case No. 07CR1408-WQH<br><br>ORDER REGARDING NON-DISCLOSURE AND LIMITED USE OF WIRETAP LINE SHEETS |

　　　Pursuant to Fed. R. Crim. P. 16(d) and in accordance with the defendants' stipulation regarding the non-disclosure and limited use of the Government's wire tap line sheets,

IT IS HEREBY ORDERED that:

(1) the line sheets will only be used to assist defense counsel in preparing for trial and related proceedings and will not be used for any other purpose;

(2) the line sheets will not be used: (a) in connection with any motion challenging the wiretaps; (b) to examine or cross examine any witness; (c) to impeach the credibility of any witness; (d) to refresh the recollection of any witness; and (e) as trial exhibits;

(3) the line sheets and/or their contents cannot be copied, distributed, or otherwise communicated to anyone who has not signed the stipulation; and

(4) the line sheets are the property of the United States Attorney and shall be returned to the Government upon demand, completion of the case, or upon the termination of counsel's representation in connection with the above-captioned case.

SO ORDERED.

DATED: 8/24/07

HONORABLE WILLIAM Q. HAYES
United States District Judge

07CR1408-WQH
Order Re: Nondisclosure and
Limited Use of Wire Tap Line Sheets

2